DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEPHAN JON WEEKLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0716

_____

July 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Stephan Jon Weekley, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.